UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_KIRK ANDREW MATOUSHEK_ :

CIVIL CASE NO: 3:26-cv-00816
(to be supplied by Clerk
of the District Court)

(Enter above the full name of
plaintiff in this action)

v.

_GEISINGER HEALTH SYSTEMS_
_DR JOHN M PEREZ_
_DR NITISH BENOY_
_PATRICK T KACZMARCYK_
_NOLAN MICHAEL DOCHERTY PA-C_

(Enter above the full name of
the defendant(s) in this action)

**FILED
SCRANTON**

MAR 30 2026

PER _____

DEPUTY CLERK

COMPLAINT

1. The plaintiff _KRK ANDREW MATOUSHEK_ a citizen of

the County of _LACKAWANNA_ State of

Pennsylvania, residing at _7 MORSE AVE SIMPSON PA 18407_

wishes to file a complaint under _TITLE 42 U.S.C. 1983, 4TH + 14TH AMENDMENTS_

_42 CFR 460.114, 18 U.S.C. 1035, HR 4449 PATIENT SELF DETERMINATION ACT 1990_
(give Title No. etc.)

2. The defendant is _GEISINGER HEALTH SYSTEMS, DR NITISH BENOY, DR JOHN M PEREZ,
Nolan Docherty PAC, PATRICK T KACZMARCYK_

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

Statement of Claims:   on 4/23/24 to 4/24/ 24

Geisinger CMC:

A.1.Failed to train Doctors and Nursing staff that   mental health patients retain all civil rights that have not been specifically curtailed by order of the court.

2. Geisinger CMC did not inform Kirk Matoushek of the reason for his emergency examination.

3. Geisinger CMC did not instruct its physician's that 302 petitioners  have to have direct knowledge of clear and present self harm or violent behaviors

4.Geisinger CMC did not instruct it physicians that 302 incarcerations require the finding of a clear and present danger of  harm to  self or others.

5. Gesinger CMC allowed its physicians to document the opinions of Kirk Matoushek's sister Michele Propes as collateral who had no direct observations of self harm or violence toward others.

6.Gesinger CMC did not inform Kirk Matoushek of his immediate right to communicate with others

7. Geisinger CMC did not elicits from kirk Matoushek names of parties to contact about his status

8. CMC did not offer Kirk Matoushek the reasonable  use of a phone to make a least 3 phone calls.

9. Geisinger CMC did not inform or offer Kirk Matoushek his right to council.

10. CMC did not train its staff on patients right to refuse medication.

11. CMC Geisinger did not honor Kirk Matoushek's right to self determination per the 1990 Patient self determination act in regards to informed treatment and his right to refuse treatment .

12. CMC Geisinger did  not inform Kirk Matoushek of the purpose. risks , benefits and alternatives to injected medications of Ativan and Haldol.

13. CMC Geisinger did not inform Kirk Matoushek of reasons and risks of  Inpatient psychiatric incarceration which include loss of 2nd amendment rights, loss of sick and vacation time, separation family , work and pursuits. Oppressing and controlling environment and enhancement of mental health stigma and sleep dysfunction.

B. 1.  DR Nitish Benoy denied Kirk Matoushek due process and his civil rights when he did not inform him of any reason or purpose of his emergency examination.

2.Dr Nitish Benoy denied due process when he utilized Kirk Matoushek's Sister Michele Propes as 302 petitioner without ascertaining  if she had any direct  knowledge or observation  of clear and present self harm or violent behaviors as is required by law.

3. DR Nitish Benoy violated Kirk Matoushek's rights as outlined in 1990 Patient self determination act when he did not inform Kirk Matoushek of the risks of involuntary mental health treatment which includes incarceration , loss of second amendment rights, separation from family friends,  loss of work and life pursuits, loss of sick and vacation time, enhancement of mental health stigma. Sleep disruption and being confined in and oppressive environment 3 hours from home.

4. DR Nitish Benoy Violated Kirk Matoushek's right to liberty and right to function in least restrictive environment when it was documented Kirk Matoushek had no history of suicide attempts, no risk aggression , supportive family , skills in problem solving and easy access to clinical intervention yet recommended the most restrictive intervention of psychiatric incarceration.

C. 1. DR John M Perez violated Kirk Matoushek's right to due process when he did not inform him of the purpose or reason for his emergency examination.

2.Dr John M Perez denied due process to Kirk Matoushek when he utilized Kirk Matoushek's sister Michele Propes as 302 petitioner without ascertaining if she had any direct knowledge or observation of clear and present actions of self harm or violence as is required by law.

3.DR. John M Perez violated Kirk Matoushek's rights as outlined in the 1990 Patient self determination act when he did not inform Kirk Matoushek of the risks of involuntary treatment which includes incarceration , loss of 2nd amendment rights, separation from family and friends, loss of work and life pursuits, loss of sick and vacation time, enhancement of mental health stigma, sleep disruption and being confined in oppressive environment 3 hours from home .

4.DR. John M Perez violated  Kirk Matoushek's right to liberty and ability to function in least restrictive environment when he recommended psychiatric incarceration with no documented history of no suicide attempts, no risk of aggression easy access to clinical interventions ability to problem solve and family support .


D. 1. Nolan Docherty violated Kirk Matoushek's right to least restrictive environment by ordering chemical restraints Haldol 10mg  IM and Ativan 2m IM absent any clinical rationale .

2. Nolan Docherty violated Kirk Matoushek's right to self determination by not  informing Kirk Matoushek of his right to refuse treatment.

3.Nolan Docherty violated Kirk Matoushek's right  to informed treatment when he did not provide any information on the purpose , side effects , risks and alternatives to Haldol and Ativan medications.

4. Nolan Docherty displayed grossly negligent behavior and violated Kirk Matoushek right to be treated humanely when he ordered Haldol 10 mg IM which was 500% above recommended dose that caused pain and suffering  multiple hours of extremely uncomfortable side effect of akathisia .

5.  Nolan Docherty violated Kirk Matoushek's  right to physical and psychological dignity when he ordered medications IM Haldol 10mg and Ativan 2mg IM that had no clinical benefits but have side effects that can cause death, permanent movement disorders , addiction and physiological crisis and excruciating uncomfortable side effect of akathisia .

6.Nolan Docherty violated 18 U. S. Code 1035 when he entered false documentation into Kirk Matoushek's medical chart claiming Kirk Matoushek refused to speak with him.

E.1.Patrick T Kaczmarczyk violated Kirk Matoushek's  right to make decisions and refuse care when he followed up  Kirk Matoushek's decline to take medications by mouth by administering medications Haldol 10mg and Ativan 2mg by injection into Kirk Matoushek's left deltoid.

2.Patrick T. Kaczmarczyk violated Kirk Matoushek's right to informed treatment by not providing any teaching on the purpose, risks , side effects and alternatives to medications Haldol 10mg IM and Ativan 2Mg IM.

3.Patrick T. Kaczmarczyk violated Kirk Matoushek's right to least restrictive environment when administered chemical restraints Haldol 10mg IM and Ativan 2mg IM absent any clinical rationale .

4.Patrick T. Kaczmarczyk demonstrated gross negligence when he injected Kirk Matoushek with 10MG IM Haldol at 500% above recommended dose and absent any clinical rationale.

5. Patrick T Kaczmarczyk demonstrated gross negligence when he documented Kirk Matoushek had no risk for aggression then injected Kirk Matoushek with chemical restraints of Haldol 10mg IM and Ativan 2mg IM.

6. Patrick T Kaczmarczyk demonstrated gross negligence when failed to elicit from Kirk Matoushek his response to being injected with 10mg Haldol IM and Ativan 2mg IM.

7. Patrick T Kaczmarczyk violated Kirk Matoushek's right to be treated humanely when absent any clinical rationale  he injected Haldol 10mg and Ativan 2mg into his left deltoid causing pain and suffering in form of hours of extremely uncomfortable side effect of akathisia .

3. (CONTINUED) _____

4. WHEREFORE, plaintiff prays that 25,000,00 Be Awarded For Loss of Employment, Pain and Suffering From All Loss of Freedom Infliction of cHemical Restraints, Expenses for Advocating For Loss of Civil Rights and Expungement of 302 commitment Instituted Absent Due Process And Cause

_____
(Signature of Plaintiff)

KIRK ANdrew MATRUSHIK
(Printed Name of Plaintiff)

7 MORSE Ave
SIMPSON PA
18407
(Address of Plaintiff)

570 282 2505
(Phone Number of Plaintiff)