

This is psychiatric documentation that I have no suicidal or homicidal ideation eliminating any rational for involuntary psychiatric incarceration which requires the findings of clear and present danger of self harm or harm toward others.

GEISINGER

Case 3:26-cv-00816-DFB    Document 1-2    Filed 03/30/26    Page 2 of 2
Matoushek, Kirk A
MRN: 60058572, DOB: 2/17/1961, Legal Sex: M

### 04/23/2024 - ED in Geisinger Community Medical Center (Scranton) Emergency Department (GCMC) (continued)

**ED Provider Note (continued)**

Mental Status: He is alert. Mental status is at baseline.
Psychiatric:
 Mood and Affect: Mood normal.
 Speech: Speech is rapid and pressured.
 Behavior: Behavior is agitated. Behavior is cooperative.
 Thought Content: Thought content is paranoid and delusional. Thought content does not include homicidal or suicidal ideation.
 Comments: **Speech is rambling.**

Differential Diagnoses
Based on my history, physical exam, and evaluation, the differential includes, but is not limited, to the following diagnoses: depression, anxiety, dehydration, renal injury, glucose abnormality, personality disorder, suicidality, psychosis, homicidal ideation, stress reaction, anemia, drug abuse, intoxication, alcohol abuse, behavioral disorder, electrolyte abnormality.

## PROCEDURES AND TREATMENTS
ED Orders | ED Results

**Medications and interventions given:**
I have reviewed the clinical lab, radiology, and other medical tests that were ordered during this encounter (see all).

I have reviewed the clinical lab, radiology, and other medical tests that were ordered during this encounter (see all).

The above lab results were independently reviewed by myself

**Radiology results interpreted by Radiologist:**
I have reviewed the clinical lab, radiology, and other medical tests that were ordered during this encounter (see all).

**Vital signs:**
Patient Vitals for the past 24 hrs:

| | BP | Temp | Temp src | Pulse | Resp | SpO2 | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| 04/23/24 2127 | 138/80 | 36.9 °C (98.4 °F) | Tympanic | 88 | 14 | 98 % | 1.676 m (5' 6") | 72.1 kg (159 lb) |

## MEDICAL DECISION MAKING
Nursing notes and vital signs were reviewed.

**Psychiatry Consults**

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 04/24/24 0049 | Consult Called | GESUMARIA, ROBERT COSMO | PSYCHIATRY CONSULT IP - [876140458] |