IS DOCUMENTATION OF INJECTION OF CHEMICAL RESTRAINTS WHICH WERE INFLICTED ABSENT ANY CLINICAL RATIONALE AND IN DEFIANCE OF US STATUTE 42 - 460.114 THAT THEY ONLY BE GIVEN TO PREVENT SELF HARM OR VIOLENCE AFTER LESSER INTERVENTIONS HAVE FAILED.

BOTH MEDICATIONS CAN HAVE POTENTIALLY LETHAL SIDE EFFECTS AND NO INFORMATION WAS PROVIDED ON WHY THEY WERE ORDERED FOR A NON VIOLENT, NON SELF HARMFUL COOPERATIVE PATIENT WITH NO PSYCHOSIS

This content is from the eCFR and is authoritative but unofficial.

> 📅 Displaying title 42, up to date as of 3/23/2026. Title 42 was last amended 3/12/2026. ⓘ

**Title 42 —Public Health**
**Chapter IV —Centers for Medicare & Medicaid Services, Department of Health and Human Services**
**Subchapter E —Programs of All-Inclusive Care for the Elderly (PACE)**
**Part 460 —Programs of All-Inclusive Care for the Elderly (PACE)**
**Subpart G —Participant Rights**

EDITORIAL NOTE ON PART 460

**Editorial Note:** Nomenclature changes to part 460 appear at 67 FR 61504, Oct. 1, 2002.

## § 460.114 Restraints.

(a) The PACE organization must limit use of restraints to the least restrictive and most effective method available. The term restraint includes either a physical restraint or a chemical restraint.

   (1) A physical restraint is any manual method or physical or mechanical device, materials, or equipment attached or adjacent to the participant's body that he or she cannot easily remove that restricts freedom of movement or normal access to one's body.

   (2) A chemical restraint is a medication used to control behavior or to restrict the participant's freedom of movement and is not a standard treatment for the participant's medical or psychiatric condition.

(b) If the interdisciplinary team determines that a restraint is needed to ensure the participant's physical safety or the safety of others, the use must meet the following conditions:

   (1) Be imposed for a defined, limited period of time, based upon the assessed needs of the participant.

   (2) Be imposed in accordance with safe and appropriate restraining techniques.

   (3) Be imposed only when other less restrictive measures have been found to be ineffective to protect the participant or others from harm.

   (4) Be removed or ended at the earliest possible time.

(c) The condition of the restrained participant must be continually assessed, monitored, and reevaluated.

## Medications

### Medications

| | Status | Frequency | Start Date | End Date |
|---|---|---|---|---|
| Haloperidol (Haldol) tab 10 mg | Discontinued | ONCE | 04/23/24 | 04/23/24 |
| LORAzepam (Ativan) tab 2 mg | Discontinued | ONCE | 04/23/24 | 04/23/24 |
| Haloperidol Lactate (Haldol) 5 MG/ML inj 10 mg | Completed | ONCE | 04/23/24 | 04/23/24 |
| LORazepam (Ativan) inj 2 mg | Completed | ONCE | 04/23/24 | 04/23/24 |

### All Meds and Administrations

**Haloperidol Lactate (Haldol) 5 MG/ML inj 10 mg [876120381]**

Ordering Provider: Docherty, Nolan Michael, PA-C
Ordered On: 04/23/24 2147
Ordered Dose (Remaining/Total): 10 mg (0/1)
Frequency: ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 04/23/24 2230 - 04/23/24 2159
Route: Intramuscular
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 04/23/24 2159 | Given | 10 mg | Intramuscular Deltoid Left Upper | Performed by: Kaczmarczyk, Patrick T, RN Scanned Package: 67457-426-00, 67457-426-00 |

**LORazepam (Ativan) inj 2 mg [876120382]**

Ordering Provider: Docherty, Nolan Michael, PA-C
Ordered On: 04/23/24 2147
Ordered Dose (Remaining/Total): 2 mg (0/1)
Frequency: ONCE
Admin Instructions: In Refrigerator

Status: Completed (Past End Date/Time)
Starts/Ends: 04/23/24 2230 - 04/23/24 2159
Route: Intramuscular
Ordered Rate/Order Duration: — / —
MUST FURTHER DILUTE FOR IV PUSH WITH EQUAL VOLUME OF NSS

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 04/23/24 2159 | Given | 2 mg | Intramuscular Deltoid Left Upper | Performed by: Kaczmarczyk, Patrick T, RN Scanned Package: 0641-6001-01 |