THIS IS SPECIFIC DOCUMENTATION OF PA 5100 REGULATIONS IDENTIFYING MY RIGHT TO REFUSED MEDICATION AND IDENTIFYING THAT CAN ONLY BE CURTAILED IF I POSE A SERIOUS THREAT TO OTHERS OR SELF

call. The director of the facility, or his delegate, shall determine what constitutes personal emergency.

## ARTICLE II
## THE RIGHT TO RELIGIOUS
## FREEDOM

Statement of Principle.

Every patient has the right to follow and practice his religion. Substantiated ethical convictions held independently of a belief in any religion shall be accorded the same respect as religious belief. The facilty shall provide reasonable assistance to enable a patient to effect this right.

The exercise of these rights may be limited only if it poses a serious threat to the freedom or welfare of others, or a serious danger to the patient.
1. Right to Refuse Medication.

Any patient who holds a substantiated belief in the power of spiritual healing shall not be compelled to take medication, provided the patient is intellectually capable of understanding the impact of such refusal and of deciding to refuse medication.
2. Right to Diets Based on Religious Considerations.

The patient's right to independently comply with his or her dietary regimen shall not be interfered with by the facility unless unfeasible or unless there is serious danger to a person's health.
3. Right to Abstain from Religious Practices.

No patient shall be required to be pressured directly or indirectly to participate in religious practices. No patient shall be compelled to accept visitation from a clergyman or minister of any religion.

## ARTICLE III
## THE RIGHT TO HANDLE
## YOUR PERSONAL AFFAIRS

Statement of Principle.

Every patient retains all civil rights not specifically curtailed by an order of a court or other body empowered to take such action.

(a) Every patient has the right to handle his personal affairs. Admission or commitment to a mental health facility does not by itself, prevent a patient from holding a driver's license or professional license, from marrying or obtaining a divorce, from voting or writing a will, or exercising other civil and personal rights; nor is the patient guaranteed the ability to exercise any of these rights.

(b) Every patient has the right to purchase, keep, and use personal possessions. This right may be limited only when the possession or use of specific property is illegal or creates a substantial threat to the health or welfare of the patient or others. The reasons for imposing any limitations on the exercise of this right and the scope of such limitation shall be clearly explained to the patient and placed in the patient's record.