THIS DOCUMENTATION I RETAIN ALL CIVIL RIGHTS WHICH WOULD INCLUDE THE RIGHT TO BE INFORMED ABOUT MY TREATMENT AND MY RIGHT TO REFUSE TREATMENT

the facility to each patient upon request. The rights contained therein shall be explained to the extent feasible to persons who cannot read or understand them. Within 72 hours of admission, the Manual of Rights, set forth in § 5100.54 (relating to manual of rights for persons in treatment), or the Patient Rights Handbook (PWPE # 606), entitled *Your Rights Are Assured*, shall be made available or given to each patient, and the rights contained therein shall be explained to the extent feasible to persons who cannot read or understand them. Additionally, a copy of either the Manual of Rights or the Patient Rights Handbook (PWPE # 606) entitled *Your Rights Are Assured*, shall be made available for each patient access in each patient living area.

(b) *Current patients.* All current patients shall be given a copy of either the Manual of Rights, or Patient Rights Handbook entitled *Your Rights Are Assured* (PWPE # 606), as in subsection (a). Existing supplies of previously printed forms and manuals may be utilized.

(c) *Manual of rights.* Upon request, a complete copy of the Manual of Rights shall be made available to the family, guardian, attorney, and other interested parties.

### Cross References

This section cited in 55 Pa. Code § 5100.4 (relating to scope); 55 Pa. Code § 5200.32 (relating to treatment policies and procedures); 55 Pa. Code § 5200.47 (relating to other applicable regulations); 55 Pa. Code § 5210.56 (relating to other applicable regulations); 55 Pa. Code § 5320.22 (relating to governing body); 55 Pa. Code § 5320.33 (relating to resident/provider contract; information on resident rights); and 55 Pa. Code § 5320.45 (relating to staff orientation and training).

### § 5100.53. Bill of rights for patients.

The following is the bill of rights for patients:

## BILL OF RIGHTS

## YOU HAVE A RIGHT TO BE TREATED WITH DIGNITY AND RESPECT

## YOU SHALL RETAIN ALL CIVIL RIGHTS THAT HAVE NOT BEEN SPECIFICALLY CURTAILED BY ORDER OF COURT

You have the right to unrestricted and private communication inside and outside this facility including the following rights:

a. To a peaceful assembly and to join with other patients to organize a body of or participate in patient government when patient government has been determined to be feasible by the facility.

b. To be assisted by any advocate of your choice in the assertion of your rights and to see a lawyer in private at any time.