THIS IS DOCUMENTATION OF MY RIGHT TO BE INFORMED ABOUT MY MEDICAL CARE AND RIGHT TO REFUSE TREATMENT WHICH INCLUDES MEDICATIONS WHICH IS CLEARLY DOCUMENTED IN GEISINGER'S PATIENT BILL OF PATIENT RIGHTS

ALSO THE COMMISION OF ASSAULT AND BATTERY OCCURRED WHEN RN PATRICK T KACZMARCZYK INJECTED 2 CHEMICAL RESTRAINTS INTO MY LEFT ARM AFTER I HAD ALL READY REFUSED MEDICATION BY MOUTH AND PROVIDED NO EXPLANATION OF HIS ACTIONS

← Back | ⎘ Copy URL

# Patient Self-Determination Act (PSDA)

The Patient Self-Determination Act (PSDA) is a federal law enacted in 1990 that aims to empower patients by ensuring they are informed about their rights to make decisions regarding their health care, particularly concerning advance directives and end-of-life care. Under this law, healthcare institutions, including hospitals, home health agencies, and long-term care facilities that receive Medicare and Medicaid funding, are required to provide patients with written information about their rights and institutional policies related to advance directives. These directives allow patients to express their treatment preferences and ensure that their wishes are respected, even when they cannot communicate them due to health conditions.

The PSDA also mandates that institutions document any existing advance directives and educate their staff about these important documents. Although it does not extend to all healthcare settings, such as private physicians' offices, it has significantly increased the number of patients with advance directives, especially among older adults and those with higher education. The act is part of a broader shift in medical ethics toward recognizing patient autonomy and the importance of informed consent, which has evolved over the past century. As states continue to address issues related to patients' rights, discussions surrounding advance directives and end-of-life options remain relevant and dynamic in the healthcare landscape.

**Authored By:**

Campbell, Josephine

**Published In:**

2025

**Related Topics:**

End-of-life care; Medicare and Medicaid; Medical ethics; Common Law; Assault and battery; +5 more

📄 **Full Article**

## Patient Self-Determination Act (PSDA)

The *Patient Self-Determination Act (PSDA)* is a federal law. It requires that when admitting patients, most health care institutions must provide a written summary of patients' rights in making health care decisions and the institution's policies about advance directives, which include patients' decisions about end-of-life care. Institutions must also document patients' advance directives, if they have them; educate staff about advance directives; and not require advance directives or refuse patients who have them.

The PSDA applies to hospitals, home health agencies that are reimbursed by Medicaid and Medicare, and long-term care facilities. It does not apply to other types of health care settings, such as doctors' offices.

State laws vary. Under the PSDA, health care institutions must inform patients of state laws about their rights to make decisions about care. This may include the right to refuse treatment.

## Background

People involved in medical ethics have long discussed consent and disclosure about health care and related issues. In early practice, doctors felt that it was acceptable, and often preferable, to lie to patients. Ancient Greek physicians felt it was most important for patients to feel confident that treatment was the correct course of action. In medieval Europe, physicians traditionally offered hope to their patients while withholding information about the treatment they provided and lied to patients to get them to cooperate. The doctor made decisions, and the patient was expected to agree and obey.

By the nineteenth century, physicians were divided on some topics. For example, many felt that they should tell patients when their conditions were poor and the outcome was likely to be fatal, but most said this information should not be shared with the patients. In the late nineteenth and twentieth centuries, as medical care advanced and more often involved surgery and other invasive procedures, questions about patients' rights to control their own bodies emerged.

Gradually, discussion of medical care began to include common law issues. English common law is not legislative law—it is customary or traditional—but has influenced the development of laws. Legal doctrine is a rule, idea, or principle of law. During the early twentieth century, courts began applying a common law doctrine of negligence to surgery. The courts saw negligence as breach of duty, or failure to live up to one's responsibility to provide care. Courts saw a physician's failure to explain treatment to the patient as a breach of duty. Another doctrine, the doctrine of assault and battery, is also based in English common law. Assault is a threat made by one person to physically harm another. Battery is one person touching another. Courts began applying this doctrine to cases about medical care. In 1914, Justice Benjamin Cardozo cited battery in the finding of *Schloendorff v. Society of New York Hospital*. This case determined that the patient has the right to make decisions about his or her care.

The term *informed consent* originated during the 1950s. The issue was not widely discussed until the 1970s, when multiple cases recognized patients' rights to informed consent. In *Canterbury v. Spence* (1972), for example, the court ruled that patients must be provided enough information about a procedure and possible outcomes to make a decision about surgery. In 1974, a surgeon was found liable for assault and battery in *Relf v. Weinberger.* The patient, who received public assistance benefits, was told her benefits would be reduced if she did not receive a tubal ligation. The court found that the patient gave her consent to sterilization under duress, so the consent was invalid.

Health care experts also came to recognize the importance of advance directives. These are documents in which the patient expresses his or her treatment preferences. Durable powers of attorney for health care and living wills are examples of advance directives. Such documents allow the patient's decisions to be respected and followed even if the patient is unable to express it due to illness or injury. A living will should contain responses to a variety of situations, such as resuscitation. A power of attorney gives the decision-making authority to an individual who understands the patient's desires and ensures medical staff to follow them.

The PSDA bill was introduced in early 1990 and was endorsed by the American Bar Association Commission on Law and Aging, the Society for the Right to Die, and other interest groups. The six legislative goals of the PSDA were to empower people, boost advance directives, honor advance directives, convince more states to enact advance directive statutes, encourage health care providers to provide less treatment to patients in the end stages of life if the patient and/or family wishes, and to control medical costs for terminal patients.

The PSDA was enacted by Congress as a budget amendment. It was signed into law on November 5, 1990.

## Overview

In addition to informing and respecting patients' wishes about treatment options, the PSDA requires institutions to provide information to patients about advance directives and how to create one. Some facilities offer advance directive forms that people may choose to use. Health care providers suggest individuals should make these decisions in advance, however, because they should carefully consider their wishes. Individuals may be too unwell to make an advance directive when they are being admitted for medical care.

The PSDA has had an effect on the number of people who have advance directives. A 1998 study found that the percentage of residents of nursing homes with advance directives increased significantly after 1990. The six nursing homes in Connecticut included in the study had advance directive documents for 4.7 percent of their patients before the PSDA went into effect. The rate increased to 34.7 percent after the PSDA went into effect. Some patient populations were more likely to have advance directives, including residents with higher education and those who were admitted to the facilities from hospitals. Residents older than seventy-five years were more likely to have advance directives. Most of the patients who had advance directives had completed them more than six months before they were admitted to the nursing homes. Many of the patients who had advance directives said they had completed them because they had previous experiences with friends or relatives who had died after a long illness, and saw the importance of documenting their wishes.

Some states have modified their laws regarding patients' rights as issues arise. In the twenty-first century, advance directives continue to evolve. Laws and directions pertaining to advance directives vary by state.

## Bibliography

"Advance Care Planning: Advance Directives for Health Care." *National Institute on Aging*, NIH, 31 Oct. 2022, www.nia.nih.gov/health/advance-care-planning/advance-care-planning-advance-directives-health-care. Accessed 23 Jan. 2025.

*Advance Directives: Information on Federal Oversight, Provider Implementation, and Prevalence*. GAO-15-416, US Government Accountability Office, Apr. 2015, www.gao.gov/assets/gao-15-416.pdf.

Bradley, E.H., et al. "The Patient Self-Determination Act and Advance Directive Completion in Nursing Homes." *Archives of Family Medicine*, vol. 7, no. 5, Sept.–Oct. 1998, pp. 417–23.

"Law for Older Americans: Health Care Advance Directives." *American Bar Association*, 18 Mar. 2013, www.americanbar.org/groups/public_education/resources/law_issues_for_consumers/patient_self_determination_act.html. Accessed 23 Jan. 2025.

"H.R.4449 – Patient Self Determination Act of 1990." *US Congress*, www.congress.gov/bill/101st-congress/house-bill/4449. Accessed 23 Jan. 2025.

Larson, Edward J., and Thomas A. Eaton. "The Limits of Advance Directives: A History and Assessment of the Patient Self-Determination Act." *Wake Forest Law Review*, vol. 32, no. 2, 1997, pp. 249-93.

Miller, Bianca. "Nurses in the Know: The History and Future of Advance Directives." *Online Journal of Issues in Nursing*, vol. 22, no. 3, Sept. 2017.

Murray, Peter M. "The History of Informed Consent." *Iowa Orthopaedic Journal*, vol. 10, 1990, pp. 104–109.

"Types of Advance Directives." *American Cancer Society*, 13 May 2019, www.cancer.org/cancer/managing-cancer/making-treatment-decisions/advance-directives/types-of-advance-health-care-directives.html. Accessed 23 Jan. 2025.

"Patient Self-Determination Act: Providers Offer Information on Advance Directives but Effectiveness Uncertain." *US General Accounting Office*, Aug. 1995, www.gpo.gov/fdsys/pkg/GAOREPORTS-HEHS-95-135/pdf/GAOREPORTS-HEHS-95-135.pdf. Accessed 23 Jan. 2025.

Teoli, Dac, and Sassan Ghassemzadeh. "Patient Self-Determination Act." *StatPearls*, National Center for Biotechnology Information, National Library of Medicine, 28 Aug. 2023, www.ncbi.nlm.nih.gov/books/NBK538297/. Accessed 23 Jan. 2025.

# EBSCO

Company

About EBSCO

Leadership

Offices

Careers



As a patient of this hospital, or as a legally authorized representative or guardian of a patient, we want you to know the rights you have under federal and Pennsylvania state law before providing or stopping patient care at any time and as soon as possible during your hospital stay. We are committed to honoring your rights. You can help us meet your needs by taking an active role in your healthcare. We're asking you and your family to share certain responsibilities with us.

This hospital complies with applicable federal civil rights laws and does not discriminate on the basis of age, sex, race, color, religion, sexual orientation, income, education, national origin, ancestry, marital status, culture, language, disability, gender identity or who will pay your bill. You have the right to safe, respectful and dignified care — always. You will receive services and care that have been medically suggested and are within the hospital's services, stated mission and required laws and regulations.

You or your legally authorized representative or guardian have the right to:
- Have a family member, a person of your choice and your practitioner be promptly notified when you are admitted to the hospital.
- Receive information in a way you understand. This includes qualified interpretation and translation services free of charge in the language you prefer for talking or reading about your healthcare. We will also provide you with help if you have vision, speech, hearing or cognitive impairment needs.
- Chose a support person or agency, if needed, to act on your behalf to assert and protect your rights.

You or your legally authorized representative or guardian have the right to:
- Receive information about your current health, care, outcomes, recovery, ongoing healthcare needs and future health status in a way you understand.
- Be informed about proposed care options, including the risks and benefits, other care options, what could happen without care, and the outcome(s) of any medical care provided, including any outcomes that were not expected. When it is not medically advisable to give such information to you, it will be given on your behalf to your next of kin or other appropriate person. You may need to sign your name before the start of any procedure and/or care. "Informed Consent" (defined in section 103 of the Health Care Services Malpractice Act (40 P.S. §1301.103)) is not required in the case of an emergency.
- Be involved in all aspects of your care and take part in decisions about your care.
- Make choices about your care based on your own cultural, psychosocial, spiritual and personal values, beliefs and preferences.
- Request care. This does not mean you can demand care or services that are not medically needed.
- Refuse care. This includes any treatment, drugs, or procedure against the medical advice of your practitioner.
- Expect the hospital to get your permission before taking images, recordings or filming you, if the purpose is for something other than your care).
- Decide at any time to take part or not take part in research or clinical trials for your condition, or donor programs that may be suggested by your practitioner. Your participation in such care is voluntary. Written permission must be obtained from you or your legal representative before you participate. A decision to not take part in research or clinical trials will not affect your right to receive care.

You or your legally authorized representative or guardian have the right to:
- Create advance directives, or legal papers allowing you to decide now what you want to happen if you are no longer healthy enough to make decisions about your care. You have the right to have the hospital staff comply with these directives.
- Ask about and discuss the ethics of your care, including resolving any conflicts that might arise, such as deciding against, withholding or withdrawing life-sustaining care.

You or your legally authorized representative or guardian have the right to:
- Receive a medical screening exam to determine treatment.
- Participate in the care you receive in the hospital. This includes the right to participate in the development and implementation the plan of care.
- Receive instructions on follow-up care and participate in decisions about your plan of care after you are out of the hospital.
- Change providers if other qualified providers are available.
- Receive a prompt and safe transfer to the care of others when this hospital is not able to meet your request or need for care or service. You have the right to know why a transfer to another healthcare facility might be required, as well as learning about other options for care. This hospital cannot transfer you to another hospital unless that hospital has agreed to accept you.
- Request a discharge planning evaluation.

You or your legally authorized representative or guardian have the right to:
- Expect emergency procedures to be implemented without unnecessary delay.
- Receive care in a safe setting free from any form of abuse, neglect, exploitation and harassment.
- Receive kind, respectful, safe, quality care delivered by skilled staff.
- Know the names and roles of practitioners and healthcare workers and staff caring for you.
- Receive assistance in obtaining a consultation by another healthcare provider at your request and expense.
- Receive proper assessment and management of pain, including the right to request or reject any or all options to relieve pain.
- Receive care without restraints or seclusion unless necessary to provide medical, surgical or behavioral healthcare. Use of restrains or seclusion will not be used as a means of coercion, discipline, convenience or retaliation by staff.
- Receive efficient and quality care with high professional standards that are continually maintained and reviewed.
- Expect good management techniques to be implemented within this hospital considering effective use of your time and to avoid your personal discomfort.
- Information on infection control practices, including handwashing, respiratory (cough) hygiene and contact (isolation) safety measures.
- An environment preserving dignity and contributes to a positive self-image.

You or your legally authorized representative or guardian have the right to:
- Personal privacy.
- Limit who knows about your being in this hospital.
- Be interviewed, examined and discuss your care in places designed to protect your privacy.
- Be advised why certain people are present and to ask others to leave during sensitive talks or procedures.
- Expect all communications and records related to care, including who is paying for your care, to be treated as confidential except as otherwise provided by law or third-party contractual arrangements.
- Receive written notice explaining how your personal health information will be used and shared with other healthcare professionals involved in your care.
- Review and request copies of your medical record unless restricted for medical or legal reasons.
- Access, request amendment to and receive an accounting of disclosures regarding your protected health information.
- Your medical record being used for the purposes of treatment, payment and healthcare operations except as otherwise required or permitted by applicable law, rule or regulation. You are entitled to access information in the medical record, including current medical records, upon an oral or written request, in the form or format being asked. Access to medical record will be accomplished following applicable procedures as quickly as its record keeping system allows, unless such access to the medical record is restricted by the practitioner for medical reasons or is prohibited by law. Patient records will only be used or disclosed as referenced in our Notice of Privacy Practices.
- The privacy of your protected health information being maintained as required by law. You have the right to receive the applicable Notice of Privacy Practice brochure indicating privacy practices with respect to your protected health information on your first contact on or after April 14, 2003, and when such brochure is materially changed. To receive a copy, contact any of our employees.

To share your concerns related to these rights, contact our Privacy Office at:
Phone: 570-271-7360
Email: SystemPrivacyOffice@geisinger.edu

You or your legally authorized representative or guardian have the right to:
- Decide if you want visitors of your choice while you are here. The hospital may need to limit visitors to better care for you or other patients, but will not restrict, limit or otherwise deny visitation privileges on the bases of race, religion, ethnicity, language, gender, gender identity or expression, sex, sexual orientation, socioeconomic status, physical or mental ability or disability.
- Choose who can visit you during your stay. These persons do not need to be legally related to you. Visitors will enjoy full and equal visitation privileges consistent with your preferences.
- Designate a support person who may determine who can visit you if you become incapacitated.
- Access an individual or agency who is authorized to act on your behalf to assert or protect your rights as a patient.

You or your legally authorized representative or guardian have the right to:
- Review, obtain, request and receive a detailed explanation of your hospital charges and bills.
- Receive information and counseling on ways to help pay for the hospital bill.
- Request information about any business or financial arrangements that may impact your care.

You and/or your legally authorized representative or guardian have the right to:
- Tell us about concerns or complaints about your care. Sharing concerns or complaints will not affect your future care.
- Have your concerns or complaints reviewed and resolved, when possible.
- Seek review of quality of care concerns, coverage decisions and concerns about your discharge.
- Expect a timely response and resolution to your complaint or grievance from the hospital in a way you understand.
- Access protective and patient advocacy services.

To share your concerns or file a complaint/grievance, contact our Patient Liaison Office:
Email: PatientLiaisons@geisinger.edu
Website: geisinger.org/about-geisinger/connect/contact-us

Geisinger Medical Center
Mail:    Attn: Patient Liaison
         100 N. Academy Ave.
         Danville, PA 17822-2112
Phone: 570-271-8881

Geisinger Shamokin Area Community Hospital
Mail:    Attn: Patient Liaison
         4200 Hospital Road
         Coal Township, PA 17866
Phone: 570-644-4357

Geisinger Jersey Shore Hospital
Mail:    Attn: Patient Liaison
         1020 Thompson St.
         Jersey Shore, PA 17740
Phone: 570-398-3180

Geisinger Lewistown Hospital
Mail:    Attn: Patient Liaison
         400 Highland Ave.
         Lewistown, PA 17044
Phone: 717-242-7953

Geisinger Community Medical Center
Mail:    Attn: Patient Liaison
         1800 Mulberry St.
         Scranton, PA 18510
Phone: 570-703-8005

Geisinger Wyoming Valley Medical Center/ Geisinger South Wilkes-Barre
(including The Pearsall Heart Hospital)
Mail:    Attn: Patient Liaison
         1000 East Mountain Blvd.
         Wilkes-Barre, PA 18711-3472
Phone: 570-808-7636

Geisinger Medical Groups/Clinics:
Call the site where you receive care and ask for the operations manager.

You also have the right to connect with any state survey agency without interference.

Division of Acute and Ambulatory Care
Pennsylvania Department of Health
625 Forster St.
Health and Welfare Building
8th Floor West
Harrisburg, PA 17120-0701
Phone: 717-783-8980
Toll-free: 800-254-5164
File a complaint online: apps.health.pa.gov/dohforms/FacilityComplaint.aspx

Office of Quality and Patient Safety of The Joint Commission
Website: JointCommission.org → "Connect with Us" → "Report a Safety Event"
Fax: 630-792-5636
Mail: Office of Quality and Patient Safety
The Joint Commission
One Renaissance Blvd.
Oakbrook Terrace, IL 60181

Quality Improvement Organization
Phone: 888-396-4646
Website: ASETT.CMS.GOV

Medicare Complaint
Website: medicare.gov → Claims and Appeals

As a patient or your legally authorized representative or guardian, we ask you to be aware of and follow all hospital rules and what we expect of you during your hospital stay.

As a patient or your legally authorized representative or guardian, we ask that you:
- Provide accurate and complete information about current healthcare problems, past illnesses, hospitalizations, medications and other matters relating to your health.
- Report any condition putting you at risk (e.g., allergies or hearing problems).
- Report any unexpected changes in your condition to the healthcare professionals taking care of you.
- Provide a copy of your advance directive, living will, durable power of attorney for healthcare, and any organ/tissue donation permissions to the healthcare professionals taking care of you.
- Have members of your family authorized to review your treatment, if you are unable to communicate with your care team.
- Tell us what (if any) visitors you want during your stay.

As a patient or your legally authorized representative or guardian we ask that you:
- Recognize and respect the rights of other patients, families and staff. Threats, violence, rude communication and harassment of other patients and hospital staff will not be tolerated.
- Help control noise and the number of visitors in your room.
- Comply with the hospital's tobacco-free rules. Tobacco products and electronic cigarettes are not permitted on Geisinger campuses.
- Refrain from conducting any illegal activity on hospital property. This includes respecting the property of other people and the applicable facility and avoiding drugs, alcoholic beverages or toxic substances that have not been administered by your provider. If such activity occurs, the hospital will report it to the police.

As a patient or your legally authorized representative or guardian, we ask that you:
- Promote your own safety by becoming an active, involved and informed member of your healthcare team. Report any safety concerns immediately to your doctor, nurse or any staff.
- Ask questions if you are concerned about your health or safety.
- Use your call light provided for your safety.
- Make sure your provider knows the site/side of the body being operated on before a procedure.
- Remind staff to check your identification before medications are given, blood/blood products are administered, blood samples are taken or before any procedure.
- Remind caregivers to wash their hands before taking care of you.
- Be informed about which medications you are taking and why you are taking them.
- Ask all hospital staff to identify themselves.

As a patient or your legally authorized representative or guardian:
- You are responsible for your actions if you refuse care or do not follow care instructions.

As a patient or your legally authorized representative or guardian:
- You are responsible for providing accurate information needed to process your insurance coverage.
- You are responsible for paying for the healthcare you received as promptly as possible.

As a patient or your legally authorized representative or guardian:
- You are expected to follow the care plans suggested by the healthcare professionals caring for you while in the hospital. You should work with your care team to develop a plan you will be able to follow while in the hospital and after you leave the hospital.
- Sign to acknowledge receipt of the applicable Notice of Privacy Practices.
- Follow policies and procedures set forth by the applicable facility.
- We ask you to assist in the protection of your personal belongings.