THIS IS DOCUMENTATION OF MY RIGHT TO BE TREATED IN A HUMANE PHYSICAL AND PSYCHOLOGICAL ENVIRONMENT VIOLATED BY BEING INFECTED WITH HARMFUL MEDICATIONS OUT CAUSE HOUSED IN A RAT IN A CAGE FISH BOWL ENVIRONMENT WHERE PATIENTS ARE LOCKED BEHIND PLEXI GLASS PARTIONS AND SUBJECT TO PSYCHIATRIC INCARCERATION WITH OUT LEGAL CAUSE

(c) Every patient has the right to sell or retain any product or crop he makes, or grows on facility property. Money received from these activities shall not be used to pay the costs of any patient's care and treatment.

(d) A patient shall not be deemed incompetent to manage his own affairs solely by reason of admission or commitment to a mental health facility.

A court finding of incompetency may not be extended beyond the specific scope of the court order.

## ARTICLE IV
## RIGHT TO A HUMANE PHYSICAL
## AND PSYCHOLOGICAL ENVIRONMENT

Statement of Principle.

Every patient has the right to reside and be treated in a setting which preserves and promotes his physical and psychological dignity.

(a) Every patient has the right to be treated humanely and with consideration by all staff members. Any grossly negligent or intentional conduct of staff which causes or may cause emotional or physical harm to a patient is a violation of this right.

(b) Every patient has the right to assistance in developing a physical appearance which promotes a positive self image. This includes the following:

(1) The right to keep and wear his own clothing, unless there are reasonable grounds to believe such clothing or specific items constitute a substantial threat to the health or safety of the patient or others.

(2) Clothing provided by the facility shall be neat, clean, appropriate to the season and to the extent possible, consistent with the patient's personal preference. This clothing shall enable the patient to make a customary appearance within the community.

(3) The right to purchase, keep, and use customary cosmetic, hygiene, and grooming articles or services unless there are reasonable grounds to believe specific articles constitute a substantial threat to the health or safety of the patient or others.

(4) Basic customary cosmetic, hygiene, and grooming articles or services shall be provided by the facility for patients who need them but cannot afford them. Patients shall be given reasonable assistance as needed in utilizing cosmetic, hygiene, and grooming articles and services.

(c) Every residential patient shall be furnished with a comfortable bed and bedding, adequate change of linen, a closet or locker for personal belongings, and a bedside cabinet. Every patient, at his or her own risk, shall be allowed to keep and display appropriate personal belongings and to add personal touches to his room or living area.

(d) Every patient has the right to a nutritionally adequate diet and every patient has the right to eat or to be fed under supervision, in the dining room or area in the relaxed atmosphere, and to use normal eating implements, unless contra-indicated by the patient's conduct or course of treatment.

(e) Every patient has the right to bathroom facilities which provide privacy for personal hygiene and meet Departmental standards for health, safety, and cleanliness.