

This is documentation of no First dose Education being done on medications Haldol and Ativan as is required by Geisinger policy and violation of my right to informed treatment .

Haldol can cause life threatening side effects of neuroleptic syndrome and catalepsy.

Haldol can cause a permanent movement disorder tardive dyskinesia

Haldol did cause the symptom of akathisia a distressing movement disorder characterized by an uncontrollable , intense urge to move, accompanied by a subjective feeling of severe inner restlessness . This was made more excruciating by being in a confined setting with little comfort measures available.

Ativan is in the benzodiazepine class and can cause sedation, dependency and withdrawal symptoms



GEISINGER

Matoushek, Kirk A
MRN: 60058572, DOB: 2/17/1961, Legal Sex: M

Matoushek, Kirk A #60058572 (Acct: 15002404193) (63 year old M) D46-X (Adm: 04/23/24)

| Attending Provider: (none) | Isolation: None | Ht: 1.676 m (5' 6") | Admission Dx: Psychosis |
|---|---|---|---|
| Allergies: No Known Allergies | Code Status: Prior | Wt: 72.1 kg (159 lb) | (HCC) |
| Last verified: 04/23/24 | Service: Emergency Medicine | | |

### Current Weights for Matoushek, Kirk A

| Recorded | Adjusted | Ideal | Dosing |
|---|---|---|---|
| 72.1 kg (159 lb) 4 weeks ago | 67.1 kg (147 lb 15.9 oz) | 63.6 kg (140 lb 10.5 oz) | None |

### Intervention summary for Matoushek, Kirk A (Adm: 04/23/24)   Current enco

#### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

#### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Intervention Audit Trail for Matoushek, Kirk A (Encounter from: 4/23/24)

#### Chief Complaint

| Complaint | Comment |
|---|---|
| Psychological Evaluation [1020] | 302 |

#### ED Disposition

| ED Disposition | Comment |
|---|---|
| Transferred | -- |

#### Discharge Orders     Matoushek, Kirk A (MRN 6005

(none)

#### Education

Title: First-Dose Education (Not Started)

Points For This Title

Point: LORazepam (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner — Not documented in this visit.
Progress:

Point: Haloperidol (Deleted: )

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner — Not documented in this visit.
Progress: