

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Mar 30, 2026 2:16PM

KIRK A. MATOUSHEK
7 MORSE AVE
SCRANTON, PA 18407

Rcpt. No: 333119346                Trans. Date: Mar 30, 2026 2:16PM                Cashier ID: #CC (7261)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #3906 | 03/30/2026 | | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

**Comments:** 326CV000816 KIRK ANDRW MATOUSHEK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.